FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD ARMSTRONG, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTELL & HAMMER, P.S., a Washington corporation; and AUTOVEST, LLC, a Michigan limited liability company,<br><br>    Defendants. | No. 2:19-cv-00092-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

    Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 8. Plaintiff is represented by Kirk D. Miller; Defendant Suttell & Hammer, P.S. is represented by Brad Fisher, and Defendant Autovest, LLC is represented by Stephen C. Willey.

    The parties indicate they have resolved their dispute in its entirety and ask that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the case be dismissed with prejudice and without an award of costs or fees to any party.

    Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Dismissal With Prejudice, ECF No. 8, is **GRANTED**.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 1**

2. The above-captioned case is **dismissed** with prejudice and without an award of costs or fees to any party.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and **close** the file.

**DATED** this 30th day of July 2019.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 2**